UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MELANIE BASS**                                                            **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO.1:06CV34 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                  **DEFENDANT**

### ORDER ON DEFENDANT'S
### SUPPLEMENTAL  MOTION FOR CHANGE OF VENUE

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the supplemental motion [97] of State Farm Fire and Casualty Company for a change of venue and for an evidentiary hearing is hereby **DENIED**.

**SO ORDERED** this 26th day of February, 2007.

                                                         s/ L. T. Senter, Jr.
                                                         L. T. Senter, Jr.
                                                         Senior Judge